IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

STATE OF NEW YORK, et al.,

                Plaintiffs,

- v -

UNITED STATES OF AMERICA, et al.,

                Defendants.
_____

NOTICE OF MOTION

No. 06-CV-810

     **PLEASE TAKE NOTICE** that Plaintiffs the State of New York, et al., by their attorney, Eric T. Schneiderman, Attorney General of the State of New York, Timothy Hoffman, Assistant Attorney General, of Counsel, will move this Court before the Hon. John T. Curtin, at the United States Courthouse, 2 Niagara Square, Buffalo, New York, at a time and date set by the Court, for an order pursuant Fed. R. Civ. P. 12(b)(1) dismissing Plaintiffs' declaratory judgment claim without prejudice.

Dated:  Buffalo, New York
         March 18, 2013

                                      ERIC T. SCHNEIDERMAN
                                      Attorney General of the State of New York
                                      Attorney for Defendants
                                      BY:
                                      *s/ Timothy Hoffman*
                                      TIMOTHY HOFFMAN
                                      Assistant Attorney General,
                                           of Counsel
                                      Main Place Tower, Suite 300A
                                      350 Main Street
                                      Buffalo, New York 14202
                                      (716) 853-8400
                                      Timothy.Hoffman@ag.ny.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

STATE OF NEW YORK, et al.,                      NOTICE OF MOTION

            Plaintiffs,
     vs.                                                 No. 06-CV-810

UNITED STATES OF AMERICA, et al.,

            Defendants.
_____

## CERTIFICATE OF SERVICE

     I hereby certify that on March 18, 2013, I electronically filed the foregoing Notice of Motion with the Clerk of the District Court using its CM/ECF system.

                                       ERIC T. SCHNEIDERMAN
                                       Attorney General of the
                                       State of New York
                                       Attorney for Plaintiffs

            BY:                 S/ *Timothy Hoffman*_____
                                       TIMOTHY HOFFMAN
                                       Assistant Attorney General
                                       of Counsel
                                       350 Main Street, Suite 300A
                                       Buffalo, New York 14202
                                       (716) 853-8465
                                       Timothy.Hoffman@ag.ny.gov