AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

The State of New York, et al        **JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 06-CV-810 - C

v.

The United States of America, et al.,

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, granting the State's (Dkt No.46) Motion to Dismiss, and the action is dismissed in its entirety, without prejudice. The United States' (Dkt. No.50) Motion to do Dismiss is denied to the extent it seeks a ruling on alternative grounds.

Date: November 25, 2013        MICHAEL J. ROEMER,
Clerk of the Court

By: s/Denise Collier
Deputy Clerk